# NO. 12-09-00010-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE 145TH* |
| *J.H., A CHILD* | § | *JUDICIAL DISTRICT COURT OF* |
|  | § | *NACOGDOCHES COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed, as to Appellant J.H. only, because J.H. failed, after notice, to file a docketing statement. The judgment was signed on December 8, 2008, and J.H. filed a notice of appeal on December 22, 2008.

J.H.'s docketing statement in this case was due to have been filed at the time the appeal was perfected, i.e., December 22, 2008. *See* TEX. R. APP. P. 32.1. On January 9, 2009, this court requested J.H. to file her docketing statement within ten days if she had not already filed it.

When J.H. failed to file the docketing statement, on April 8, 2009, this court issued a second notice advising her that the docketing statement was past due and giving her until April 20, 2009 to comply with rule 32.1. The notice further provided that failure to comply with this second notice would result in the appeal being presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. The deadline established by this second notice has expired, and J.H. has not responded. Accordingly, this appeal, as to J.H. only, is *dismissed*. *See* TEX. R. APP. P. 42.3(c). The appeal, as to R.H., remains on this court's docket.

Opinion delivered April 28, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)